UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **ERROL DENNIS** | : | |
| | : | |
|     **Plaintiff** | : | |
| | : | |
| v. | : | Civil Action No. 05-4615(KSH) |
| | : | |
| | : | |
| **FREIGHTLINER TRUCKS** | : | ORDER |
| | : | |
|     **Defendant** | : | |

This matter having come before the Court by way of motions in limine;

and the Court having determined that oral argument is required only in connection with the motion to preclude plaintiff's economic experts;

IT IS THEREFORE ON THIS 6th day of May, 2008

ORDERED that the parties shall appear before the Undersigned on **May 9, 2008** at **3:30 p.m.** to discuss the voir dire, neutral statement, preliminary instructions, and jury instructions and to address the motion to preclude plaintiff's economic experts.  All other motions in limine will be resolved without oral argument, pursuant to Fed. R. Civ. P. 78 and Local Civ. R. 78.1

                                                                                                            s/Patty Shwartz
                                                                                                            United States Magistrate Judge